UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                          Case Number 23-20431

v.                                          Honorable David M. Lawson

SAMER YOUSSEF,

        Defendant.
_____/

**ORDER GRANTING MOTION TO CONFIRM INTERLOCUTORY SALE OF VESSEL**

      On May 17, 2024, the Court granted in part the government's motion (styled as an "application") for the interlocutory sale of a vessel owned by defendant Samer N. Youssef, which is subject to forfeiture. As a condition of the sale, the Court ordered the government not to entertain any offer less than $280,462.50, addressing the defendant's primary objection to proceeding on an expedited basis. The Court also ordered that the government must seek permission from the Court before any sale is finalized. The government now seeks confirmation of the sale of the vessel. It represents that the final price obtained during the sale was $336,000. The defendant does not object to confirmation of the sale at that price. The Court therefore will grant the government's motion.

      Accordingly, it is **ORDERED** that the government's motion to confirm the interlocutory sale of a vessel subject to forfeiture (ECF No. 83) is **GRANTED**.

      It is further **ORDERED** that the government and its authorized agent may complete the sale of the seized property, to-wit: a 2022 40-foot Schaefer 400 Sport vessel, bearing hull number SHF40119H122 and Florida Title No. 146978808 (the "Vessel"), at a sale price of not less than the sale was $336,000.

- 2 -

It is further **ORDERED** that the net sale proceeds shall be remitted to the custody and control of the United States Marshal Service (USMS) or its delegate and shall be deposited into the Department of Justice Seized Asset Deposit Fund, an interest-bearing account.

It is further **ORDERED** that the net proceeds from the sale of the vessel will include all money realized from the sale of the property, less all reasonable costs incurred by the USMS or its delegate in connection with the storage, maintenance, repair, marketing, and sale of the vessel.

It is further **ORDERED** that an accounting of the proceeds attributable to the vessel shall be maintained by the USMS or its delegate and furnished promptly to the Court.

It is further **ORDERED** that the net proceeds realized from the sale of the Vessel shall constitute "substitute res" for the Vessel in this case and subject to any preliminary and final order of forfeiture entered in the case.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated:   July 9, 2024